**Donald L. BIGGS, Sr, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 68053.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2008.

Kenton M. Hall, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

1. Judge Breckenridge was a member of this court when this case was argued and submitted. She was appointed later to the Supreme Court of Missouri and was assigned as a special judge to continue deliberation of this case.

Before HOWARD, C.J., and HARDWICK and WELSH, JJ.

### Order

PER CURIAM.

Donald L. Biggs, Sr. appeals the denial of his motion to vacate his sentence pursuant to Missouri Supreme Court Rule 29.15 (2007). After a jury trial, Biggs was convicted of robbery in the first degree for his involvement with the robbery of a convenience store in Emma, Missouri. Biggs claims that his trial counsel was deficient in that he failed to object to evidence of other uncharged crimes committed during a three-day period prior to the Emma robbery. We affirm the trial court's judgment. The evidence in question was admissible and Biggs's counsel's failure to object to the admission of such evidence did not, therefore, prejudice Biggs.

Rule 84.16(b).